

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>DONALD HEATHCOTE<br>DIANE KELLY HEATHCOTE<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-21992  |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

 X  B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| eBay, Inc.<br>Attn. Julie Stauffer<br>173 W Election<br>Draper, UT 84020 | $1.96 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1.96** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2nd day of August, 2010.

_____/s/_____
Steven R. Bailey, Trustee